Elizabeth F. Rojas, Chapter 13 Trustee
15260 Ventura Blvd.
Suite 710
Sherman Oaks, CA  91403
Telephone:  (818) 933-5700
Facsimile:  (818) 933-5755

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| IN RE:<br>    Ziv Kanon<br>    Alpine Lighting<br>    14923 Oxnard St #A<br>    Van Nuys, CA  91411<br><br>                    DEBTOR | CHAPTER 13<br>CASE NO. SV15-10885-MT<br><br>**NOTICE OF RESCHEDULED FIRST**<br>**MEETING OF CREDITORS**<br><br>DATE:      May 20, 2015<br>TIME:       9:00 am<br>PLACE:    21051 Warner Center Lane.<br>               Suite 105<br>               Woodland Hills, CA 91367 |

PLEASE TAKE NOTICE THAT at the time and place listed above the following will be held:

**341(A) MEETING OF CREDITORS**

DATED:  April 23, 2015

*Elizabeth F Rojas*
_____
Elizabeth F. Rojas
Chapter 13 Standing Trustee

Page 1 of 2 - Case No. SV15-10885-MT

## PROOF OF SERVICE

I declare under penalty of perjury that I am over the age of eighteen and not a party to the within action; that I am employed by Elizabeth F. Rojas, Chapter 13 Standing Trustee, and that on <u>April 23, 2015</u> electronic copies were filed with the US Bankruptcy Court Central District of California and mailed copies were served to:

Ziv Kanon
14923 Oxnard St #A
Van Nuys, CA  91411

Executed at Sherman Oaks California on April 23, 2015