Elizabeth F. Rojas, Chapter 13 Trustee
15260 Ventura Blvd.
Suite 710
Sherman Oaks, CA  91403
Telephone:  (818) 933-5700
Facsimile:   (818) 933-5755

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| Ziv Kanon | ) | CASE NO. SV15-10885-MT |
| Alpine Lighting | ) | |
| 14923 Oxnard St #A | ) | **NOTICE OF RESCHEDULED FIRST** |
| Van Nuys, CA  91411 | ) | **MEETING OF CREDITORS** |
| | ) | |
| DEBTOR | ) | |

DATE:    May 20, 2015
TIME:     9:00 am
PLACE:   21041 Burbank Blvd.
              Suite 100
              Woodland Hills, CA 91367

PLEASE TAKE NOTICE THAT at the time and place listed above the following will be held:

**341(A) MEETING OF CREDITORS**

DATED:  May 15, 2015

_Elizabeth F Rojas_
Elizabeth F. Rojas
Chapter 13 Standing Trustee

PROOF OF SERVICE

    I declare under penalty of perjury that I am over the age of eighteen and not a party to the within action; that I am employed by Elizabeth F. Rojas, Chapter 13 Standing Trustee, and that on <u>May 15, 2015</u> electronic copies were filed with the US Bankruptcy Court Central District of California and mailed copies were served to:

    Ziv Kanon
    14923 Oxnard St #A
    Van Nuys, CA  91411

Executed at Sherman Oaks California on May 15, 2015